```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 08698
   CARMELIA D WRENN
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0322


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/10/2008 and was not confirmed.

      The case was dismissed without confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICAN RECOVERY SYSTEM  UNSECURED         NOT FILED           .00            .00
CAPITAL ONE               UNSECURED           4156.55           .00            .00
DEVRY INC                 UNSECURED           3228.12           .00            .00
MERRICK BANK              UNSECURED         NOT FILED           .00            .00
ISAC                      UNSECURED          44652.01           .00            .00
TRIAD FINANCIAL CORP      UNSECURED            315.64           .00            .00
INGRID KAY                NOTICE ONLY       NOT FILED           .00            .00
GMAC RESCAP LLC           CURRENT MORTG          .00            .00            .00
GMAC RESCAP LLC           MORTGAGE ARRE     22505.38            .00            .00
TRIAD FINANCIAL CORP      SECURED VEHIC          .00            .00            .00
TRIAD FINANCIAL CORP      UNSECURED         NOT FILED           .00            .00
GMAC MORTGAGE CORPORATIO  NOTICE ONLY       NOT FILED           .00            .00
HOWARD UNIVERSITY         UNSECURED         NOT FILED           .00            .00
HSBC                      UNSECURED         NOT FILED           .00            .00
JP MORGAN                 UNSECURED         NOT FILED           .00            .00
NATIONAL LOUIS UNIVERSIT  UNSECURED         NOT FILED           .00            .00
RMI/MCSI                  UNSECURED         NOT FILED           .00            .00
TCF BANK                  UNSECURED         NOT FILED           .00            .00
TCF                       UNSECURED         NOT FILED           .00            .00
US CELLULAR               UNSECURED         NOT FILED           .00            .00
TRIAD FINANCIAL CORP      UNSECURED         NOT FILED           .00            .00
ASSET ACCEPTANCE CORP     UNSECURED           659.73            .00            .00
RIVER NORTH GROUP         DEBTOR ATTY            .00                           .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                            468.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     468.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08698 CARMELIA D WRENN
```

```
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                    468.00
                                      ---------------    ---------------
TOTALS                                        468.00             468.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 11/20/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 08 B 08698 CARMELIA D WRENN